FILED

01/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0491

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0491

_____

CITY OF HELENA,

      Plaintiff and Appellee,

    v.                                   O R D E R

FRANK HALLBERG,

      Defendant and Appellant.

_____

On December 22, 2023, this Court returned Appellant's opening brief for failure to comply with M. R. App. P. 10(2), 11(4)(e), 12(1)(i), and 13(2) and ordered Appellant to correct the brief and file it no later than 10 days from the date of the Order. Appellant has not filed a corrected brief in accordance with this Court's Order.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than January 29, 2024. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to Appellant Frank Hallberg personally and to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 8 2024